# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132897
132898

MARCIA DOWNS, f/k/a MARCIA
DOUGLAS, as Personal Representative
of the Estate of Natasha Douglas, Deceased,
Plaintiff-Appellant,

v

MARILYN S. KEEBLER, f/k/a MARILYN S. MORRIS,
DEBBIE PLUIM, a/k/a DEBRA PLUIM, JEFFREY W.
WILDER, and DANIEL J. VERBURG, d/b/a DANIEL
VERBURG, M.D., P.C., d/b/a BAY VIEW OBSTETRICS
& GYNECOLOGY, a/k/a BURNSCLINIC OBSTETRICS
& GYNECOLOGY,
   Defendants-Appellees.

SC: 132897
COA: 256422
Emmet CC: 04-008032-NH

_____

MARCIA DOWNS, f/k/a MARCIA DOUGLAS,
as Personal Representativeof the Estate of
Natasha Douglas, Deceased,
   Plaintiff-Appellant,

v

NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
   Defendant-Appellee.

SC: 132898
COA: 256462
Emmett CC:04-008040-NH

_____/

  On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   April 25, 2007           
                  Clerk